FILED

SEP 09 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA  )
                          )    No. 2:25-CR-__98__
        v.                )
                          )    JUDGE CORKER/WYRICK
PAYTON BLAKE CARTER       )

## INDICTMENT

The Grand Jury charges the following:

## COUNT ONE
### (False Statement During Purchase of a Firearm: 18 U.S.C. § 922(a)(6))

On or about February 21, 2022, at Kingsport in the Eastern District of Tennessee, the defendant, PAYTON BLAKE CARTER, in connection with the acquisition of firearms, that is a Black Rain Ordnance, Model Fall Out 15, bearing serial number BR057733 and a Black Rain Ordnance, Model Spec 15, bearing serial number SM042882, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented in response to question 21.a. on ATF Form 4473 that he was the actual transferee/buyer of the firearms when, in truth and fact, he was purchasing the firearms for a prohibited person.

[18 U.S.C. § 922(a)(6)]

## COUNT TWO
## (Wire Fraud: 18 U.S.C. § 1343)

On or about August 5, 2022, within the Eastern District of Tennessee and elsewhere, the defendant, PAYTON BLAKE CARTER, having devised and intending to devise a scheme to defraud Victim 1 by selling Victim 1 a motor vehicle using a fraudulent certificate of title, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing the scheme, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce a text message that read, in part, "Working on the title now.  It will be quicker if I have it mailed straight to you."

[18 U.S.C. § 1343]

A TRUE BILL:

<span style="background:black"> </span>

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney

2