## CRIMINAL CASE COVER SHEET

By:  ☑ INDICTMENT  ☐ SUPERSEDING Case Number: _25-98_
     ☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
     ☐ RULE 20      DCLC2

USA V. __PAYTON BLAKE CARTER__

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

                                 Immigration Case
   ☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B  ☐ 11(c)(1)(C)
   ☐ Charges/Counts Added

Name of Assigned AUSA: __MAC D. HEAVENER, III__

Matter Sealed:  ☑ YES  ☐ NO  Place of Offense: __Sullivan Co__

   ☐ Interpreter Required  Language: _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☑ Other: __USSS Rabun__

Current Trial Date (if any): _____ before Judge _____

   ☐ Criminal Complaint Filed  Case Number: _____

   ☐ Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number __24-CR-107__  Attorney __Senter, Tiller, Spurrell__

Reason for Related Case Determination __cooperating witnesses__

Defense Counsel (if any): _____

   ☐ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES:  Total # of Counts for this Defendant _2_

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 922(a)(6) | False Statement During Firearms Purchase | Y | 1 | |
| | 18 U.S.C § 1343 | Wire Fraud | Y | 2 | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature _____